UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STATE OF WASHINGTON,

        Plaintiff,

    v.

EILEEN RAYE LAWRENCE,

        Defendant.

Case No. MS07-5008FDB

ORDER OF REMAND

        Plaintiff purports to remove this traffic infraction from Benton County District Court to the United States Supreme Court in care of the United States District Court for reasons stated in Plaintiff's documents submitted in support of removal.  This Court, however, is without jurisdiction over this matter, and it must be remanded.  ACCORDINGLY,

        IT IS ORDERED: This cause of action is REMANDED to Benton County District Court.

        DATED this 26th day of March, 2007.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1