UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STATE OF WASHINGTON,

　　　　Plaintiff,

　　v.

EILEEN R. LAWRENCE,

　　　　Defendant.

Case No. MS07-5008FDB

ORDER DENYING RETURN OF FILING FEE

　　This matter (traffic infraction) was remanded to Benton County District Court, this Court being without jurisdiction. Defendant Lawrence objects that she did not ask this Court to make any decisions and, instead, only asked that this Court send this matter along to the U. S. Supreme Court. Alleging that this Court is in "breach of contract," she requests return of her filing fee.

　　This Court is charged with the duty of determining whether it has jurisdiction over matters that come before it, and in the case of matters removed to this Court to remand them when they have been improperly removed. This case was improperly removed. Plaintiff is not entitled to a refund of her filing fee.

　　ACCORDINGLY, IT IS ORDERED: Defendant Eileen R. Lawrence's Demand for Return of Contract Filing Fee" [Dkt. # 7] is DENIED.

　　DATED this 30th day of April, 2007.

　　　　　　　　　　　　　　　　/s/ Franklin D. Burgess
　　　　　　　　　　　　　　　　FRANKLIN D. BURGESS
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER - 1